CHAPTER 13 PLAN AND COVER SHEET
UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Filing Date: November 20, 2013 Docket #:

Debtors: Richard P. Thompson
Christine B. Thompson

SS#: xxx-xx-6168
xxx-xx-4508

TERM OF THE PLAN 60 months

(If the plan is longer than thirty-six (36) months, a statement of cause pursuant to 11 U.S.C. ' 1322(d) must be attached hereto.)

PLAN PAYMENT: Debtor(s) to pay monthly: $435.00

I. SECURED CLAIMS

A. CLAIMS TO BE PAID THROUGH THE PLAN (INCLUDING ARREARS):

| Creditor | Description of claim | Amount of Claim |
|---|---|---|

Total of secured claims to be paid through the Plan $0

B. CLAIMS TO BE PAID DIRECTLY TO CREDITORS (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| Nationstar Mortgage | Mortgage Advent Drive |
| Berkshire Bank | Equity Line Advent Drive |
| TC Bank, NA | Mortgage Pine Street |

II. PRIORITY CLAIMS

| Creditor | Description of claim | Amount of claim |
|---|---|---|

Total of priority claims to be paid through the plan $ 0

III. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): $ 0

(to be paid in first 12 months of plan)
B. Miscellaneous fees:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| ___________ | ______________________ | ______________ |

C. The chapter 13 trustee's fee is determined by order of the United States Attorney General. The calculation of the Plan payment set forth below utilizes a 10% trustee's commission.

In the event that the trustee's commission is less than 10%, the additional funds collected by the trustee shall be disbursed to unsecured creditors up to 100% of the allowed claims.

IV. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of _45%__ of their claims.

A. General unsecured claims: $ 52,147.00

B. Undersecured claims arising after lien avoidance/cramdown: _$ 0

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| _______________ | _______________ | _____________ |

Total of A + B general unsecured claims: $ _52,147.00_

C. Multiply total by percentage of dividend: $_23,466.15

(Example: Total of $38,500.00 x .22 dividend = $8,470.00

Separately classified unsecured claims (co-borrower/student loan, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|

Total amount of separately classified claims payable at _100%: $_0

V. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan:

______________________________________________

B. Modification of Secured Claims: Set forth details of modifications below or on attached sheets. This information should include name of creditor and detailed explanation of the modification. The total amount of the secured claim that is to be paid through the plan (inclusive of interest) should be set forth in Section I of this Plan.

C. Miscellaneous provisions: None.

VI. CALCULATION OF PLAN PAYMENT

a. Secured claims (Section I-A Total): $ __0__

b. Priority claims (Section II Total): $ _0

c. Administrative claims (Section III A + B Total): $0__

d. General unsecured claims (Section IV-C Total): $ 23,466.15

e. Separately classified unsecured claims

(Section IV-D Total): +$_0.00____

f. Total of (a) through (e) above: = $_23,466.15

g. Divide (f) by .90 for total including

Trustee's fee: Cost of Plan = $_26,073.50
(This represents the total amount to be paid into the chapter 13 plan)

h. Divide (g) Cost of Plan by Term of plan: 60 months

i. Round up to nearest dollar: Monthly Plan Payment: $_435.00

(Enter this amount on page 1)

Pursuant to 11 U.S.C. ' 1326(a)(1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the plan is filed.

VII. LIQUIDATION ANALYSIS

I. Real Estate:

| Address | Fair Market Value | Recorded Liens (Schedule D) |
|---|---|---|
| 9 Advent Drive West Springfield, MA | $277,906.00 | $84,624.00 |
| 138 Pine Street West Springfield | $168,000.00 | $111,244.00 |

Total Net Equity for Real Property: $220,038.00

Less Exemptions (Schedule C): $193,282.00

Available Chapter 7: $26,756.00

II. Automobile (Describe year, make and model):

2002 Ford Truck

Net Value of Equity: $5,535.00

Less Exemptions (Schedule C): $5,535.00

2006 Ford 500

Net Value of Equity: $5,713.00

Less Exemptions (Schedule C): $5,713.00

Available Chapter 7: $0

III. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

All other assets:

Value: $142,732.06 Less Exemptions (Schedule C): $142,732.06

Available Chapter 7: $0

SUMMARY (Total amount available under Chapter 7):

Net Equity (I and II) Plus Other Assets (III) less all claimed exemptions: $26,756.00

Additional Comments regarding Liquidation Analysis:

______________________________________________

Pursuant to the Chapter 13 rules, the debtor or his or her counsel is required to serve a copy of the Amended Plan upon the Chapter 13 trustee, all creditors and interested parties, and to file a certificate of service accordingly.

Debtor's counsel: /s/ Kenneth J. Gogel

Kenneth J. Gogel

BBO# 547968

Date: November 25, 2013

Address: 2 Mattoon Street

Springfield, MA 01105

Telephone#: 413-788-5683

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/ Richard P. Thompson
Richard P. Thompson
Debtor

/s/ Christine B. Thompson
Christine B. Thompson
Debtor

Date: November 25, 2013

CHAPTER 13 PLAN AND COVER SHEET
UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Docket No:

Richard P. Thompson
Christine B. Thompson
Debtors

**CERTIFICATE OF SERVICE**

I, Kenneth J. Gogel, Esquire, do hereby certify that on January 5, 2014, I electronically filed the foregoing Chapter 13 Plan, with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system. I served the foregoing document on the following CM/ECF participants:

Denise Pappalardo
Chapter 13 Trustee

Richard King
Office of the U.S. Trustee

I, Kenneth J. Gogel, Esquire, do hereby certify that on November 16, 2013, a copy of the Debtors Chapter 13 Plan was served upon the following creditors and parties in interest, by first class mail, postage pre-paid:

American Express
PO Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Bank of America
PO Box 982235
El Paso, TX 79998

Berkshire Bank
31 Court Street
Westfield, MA 01086

Chase
PO Box 15298
Wilmington, DE 19850

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

Kohls/ Capone
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Nationstar Mortgage
350 Highland Drive
Houston, TX 77067

TD Bank, N.A.
Attn: Bankruptcy
PO Box 1377
Lewiston, ME 04243

*/s/ Kenneth J. Gogel*
Kenneth J. Gogel
Attorney for Debtors