# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: | Case No. 13-31316-HJB |
| Richard P. Thompson | Chapter 13 |
| Christine B. Thompson | |
| Debtor | |

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The Debtor(s) hereby modify the Chapter 13 plan previously filed in this case as follows:

_X_ Unsecured dividend changed from 45% to 51.31%.

_X_ Plan payments are changed from $435.00 to $496.00 each month.

____ The term of the plan is reduced to __ months.

____ The treatment of claims shall be changed as follows:

Trustee's recalculation based on liquidation analysis pursuant to 11 U.S.C. §1325(a)(4).

Notices to creditors and a hearing on this modification are not required as the modification dose not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

Dated: 4/2/14

ATTORNEY FOR DEBTOR(S)

DEBTOR

ATTORNEY FOR CHAPTER 13 TRUSTEE

DEBTOR

ATTORNEY FOR CREDITOR