**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**IN RE:**

RICHARD PAUL & CHRISTINE BLOUIN THOMPSON

**Debtor(s)**

**Chapter 13.**
**Case No.**
13-31316-HJB

# NOTICE OF DEADLINE FOR OBJECTIONS

**PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed the attached Trustee's Report and Account with the Court. Any objection to the Trustee's Report and Account must be filed with the United States Bankruptcy Court and a copy served upon the Chapter 13 Trustee within thirty (30) days of the date of service. In the absence of a timely objection, the Court may approve the Trustee's Report and Account without a hearing.**

**Standing Chapter 13 Trustee**

**Dated: 02/10/2017**

**/s/ Denise M. Pappalardo**

**Denise M. Pappalardo**
**BBO# 553293**
**P.O. Box 16607**
**Worcester, MA 01608**
**(508) 791-3300**

# United States Bankruptcy Court

For The

District of Mass., Western Division

RICHARD PAUL & CHRISTINE BLOUIN THOMPSON
9 ADVENT DRIVE
WEST SPRINGFIELD, MA 01089

Case No.: 13-31316-HJB
SS #1: XXX-XX-6168
SS #2: XXX-XX-4508

## TRUSTEE REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 11 | 26 | 13 |
| The Plan was confirmed on | 12 | 25 | 13 |
| The Case was concluded on | 12 | 27 | 16 |

Plan Completed. Debtors May Be Entitled To A Discharge.

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 18,123.00

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID<br>PRINCIPAL | <br>INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| RICHARD PAUL & CHRISTINE | 899 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD PAUL & CHRISTINE | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| BERKSHIRE BANK | 001 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| NATIONSTAR MORTGAGE | 002 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| TD BANK, N.A. | 003 | DirectPay | 111,181.86 | 0.00 | 0.00 | DirectPay |
| RENEAU J. LONGORIA, ESQ | 002 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| RAMESH SINGH | 004 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURIO | 005 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA | 006 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| CHASE | 007 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| CHASE | 008 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| DISCOVER BANK | 009 | Unsecured | 16,434.74 | 16,434.74 | 0.00 | 0.00 |
| KOHLS DEPARTMENT STORE | 010 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| TD BANKNORTH, NA | 011 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| GE CAPITAL RETAIL BANK | 012 | Unsecured | 121.89 | 121.89 | 0.00 | 0.00 |
| RICHARD PAUL & CHRISTINE | 999 | Refund | 340.78 | 340.78 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 0.00 | 16,556.63 | 0.00 | 340.78 | 16,897.41 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 16,556.63 | 0.00 | 340.78 | 16,897.41 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,897.41 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| KENNETH J. GOGEL, ESQ | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES<br>CLERK'S CHARGES | <br>.25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | | OTHER COSTS | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 1,225.59 | 0.00 | 0.00 | 1,225.59 |

The above - captioned debtors(s) have fully complied with the payment obligations pursuant to the Order confirming the Plan and are entitled to a discharge pursuant to 11 U.S.C. Section 1328(a). The Trustee will submit a statement to the Court at the time all checks have cleared at which time the Trustee will request a discharge of duties and that a Final Decree be entered at that time. Wherefore, the Trustee prays that the report be accepted and that the debtor(s) be granted a discharge pursuant to 11 U.S.C. Section 1328(a).

/s/ Denise M. Pappalardo

Denise M. Pappalardo, Chapter 13 Trustee

**SERVICE LIST**

1331316
RICHARD PAUL & CHRISTINE BLOUIN THOMPSON
9 ADVENT DRIVE WEST SPRINGFIELD, MA 01089

1331316 9 799
KENNETH J. GOGEL, ESQ
GOGEL & GOGEL 2 MATTOON STREET SPRINGFIELD, MA 01105

1331316 1 003
TD BANK, N.A.
ATTN: PHILIP McCORMACK P.O. BOX 9547 PORTLAND, ME 04112

1331316 7 002
RENEAU J. LONGORIA, ESQ
DOONAN, GRAVES & LONGORIA, LLC 100 CUMMINGS CTR, STE 225D BEVERLY, MA 01915-6104

1331316 7 004
RAMESH SINGH
RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVEN SUITE 1120 MIAMI, FL 33131

1331316 3 009
DISCOVER BANK
DISCOVER FINANCIAL SERVICES PO BOX 3025 NEW ALBANY, OH 43054-3025

1331316 3 012
GE CAPITAL RETAIL BANK
C/O RECOVERY MGMNT SYSTEMS CORP 25 SE 2ND AVENUE-SUITE 1120 MIAMI, FL 33131-1605

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies that a copy of the within Notice of Deadline for Objections and Trustee's Report and Account was served upon the Debtor, Debtor's counsel of record and those parties listed on the service list by first class mail, postage prepaid or electronically.**

**Dated: 02/10/2017**

**/s/Denise M. Pappalardo**
**Denise M. Pappalardo**