United States Bankruptcy Court
District of Massachusetts

In re:
Richard Paul Thompson
Christine Blouin Thompson
Debtors

Case No. 13-31316-msh
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0101-3 User: admin Page 1 of 1 Date Rcvd: Feb 13, 2017
Form ID: ntc13dsc Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2017.
db/jdb +Richard Paul Thompson, Christine Blouin Thompson, 9 Advent Drive,
West Springfield, MA 01089-1800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2017 at the address(es) listed below:
Denise M. Pappalardo on behalf of Trustee Denise M. Pappalardo denisepappalardo@ch13worc.com, paper@mab.uscourts.gov
Denise M. Pappalardo denisepappalardo@ch13worc.com, paper@mab.uscourts.gov
Kenneth J. Gogel on behalf of Joint Debtor Christine Blouin Thompson kgogel@gogel-gogel.com
Kenneth J. Gogel on behalf of Debtor Richard Paul Thompson kgogel@gogel-gogel.com
Reneau J. Longoria on behalf of Creditor Nationstar Mortgage LLC rjl@dgandl.com, kjb@dgandl.com;mbd@dgandl.com;jf@dgandl.com;lk@dgandl.com
Richard King USTPRegion01.WO.ECF@USDOJ.GOV
TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Richard Paul Thompson and Christine Blouin Thompson | Chapter: 13 |
| | Debtor, | Case No: 13−31316<br>Judge Melvin S. Hoffman |

**NOTICE OF DISCHARGE REQUIREMENTS**
**(Official Local Form 12 Motion for Discharge and Affidavit)**

**NOTICE IS HEREBY GIVEN** that the Chapter 13 trustee has filed the Trustee's Final Report and Account in the above referenced case.

**THE DEBTOR(S) IS/ARE HEREBY ADVISED** that there are two prerequisites which the debtor(s) must fulfill prior to obtaining a discharge in this Chapter 13 case.

1. The debtor must file a Motion for Entry of Discharge (Official Local Form 12−Motion for Entry of Discharge and Affidavit[1]) in accordance with Rule 13−22 in Appendix 1 of this Court's local rules.

2. The debtor must complete a U.S. Trustee−approved financial management course and file Official Form 423[2] certifying that the course was completed, or a certificate from the financial management course provider stating that the debtor completed the required course. **IMPORTANT NOTE:** If joint debtors, separate certificates must be filed.

**NOTICE IS FURTHER GIVEN** that failure of the debtor(s) to do both 1 and 2 above **within 30 days of the date of this Notice** may result in the case being closed without entry of a discharge. Once a case is closed, a motion to reopen the case will be required and a reopening fee will be charged.

Date:2/13/17

By the Court,

James M. Lynch
Clerk, U.S. Bankruptcy Court

1. Copies of this form and other Local Forms are available from the Court's website at www.mab.uscourts.gov.

2. A copy of Official Form 423 is available from the U.S. Courts website at www.uscourts.gov.