Certificate Number: 03088-MA-DE-028783091

Bankruptcy Case Number: 13-31316

03088-MA-DE-028783091

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2017, at 11:54 o'clock AM CST, Christine M Blouin Thompson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: February 19, 2017

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor

Certificate Number: 03088-MA-DE-028783090

Bankruptcy Case Number: 13-31316

03088-MA-DE-028783090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2017, at 11:54 o'clock AM CST, Richard P Thompson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: February 19, 2017

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor