**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:
Richard P. Thompson and
Christine B. Thompson,
Debtors

Chapter 13
Case No. 13-31316

# MOTION FOR ENTRY OF DISCHARGE

The debtors hereby move the Court for entry of discharge. The required affidavits accompany this motion.

The Debtors
BY THEIR ATTORNEY,
GOGEL & GOGEL
/s/ Kenneth J. Gogel
Kenneth J. Gogel
BBO#547968
kgogel@gogel-gogel.com
2 Mattoon Street
Springfield, MA 01105
413-788-5683

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:
Richard Paul. Thompson and
Christine Blouin Thompson,
Debtors

Chapter 13
Case No. 13-31316

**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE**

In support of the Motion for Entry of Chapter 13 Discharge I, Richard Paul Thompson hereby certify as follows:

1. I have paid all domestic support obligations payable under any judicial or administrative order, or required by statute including:

   a. child support and spousal maintenance and alimony, that were due on or before the date of the motion, including all payments due under the plan for amounts due before the petition was filed; and

   b. any domestic support obligations that arose after the filing of the petition;

2. I have completed a financial management course pursuant to 11 U.S.C. § 1328 (g)(1) and filed a certification of completion with the Court; and

3. I have:

   a. not claimed a homestead exemption in excess of the $125,000 cap described in § 522(q)(1), or

   b. claimed a homestead exemption in excess of $125,000 but there is no proceeding pending in which the debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

4. I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: 3-2-17

Signed: Richard Paul Thompson    Printed Name: Richard Paul Thompson

Address: 9 Advent Drive, West Springfield, MA 01089

Telephone Number: 413-739-7557

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:
Richard Paul. Thompson and
Christine Blouin Thompson,
Debtors

Chapter 13
Case No. 13-31316

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE

In support of the Motion for Entry of Chapter 13 Discharge I, Christine Blouin Thompson hereby certify as follows:

1. I have paid all domestic support obligations payable under any judicial or administrative order, or required by statute including:

   a. child support and spousal maintenance and alimony, that were due on or before the date of the motion, including all payments due under the plan for amounts due before the petition was filed; and

   b. any domestic support obligations that arose after the filing of the petition;

2. I have completed a financial management course pursuant to 11 U.S.C. § 1328 (g)(1) and filed a certification of completion with the Court; and

3. I have:

   a. not claimed a homestead exemption in excess of the $125,000 cap described in § 522(q)(1), or

   b. claimed a homestead exemption in excess of $125,000 but there is no proceeding pending in which the debtor may be found guilty of a felony of the kind described in § 522(q)(1)(A) or liable for a debt of the kind described in § 522(q)(1)(B).

4. I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: 3-1-2017

Signed: [signature] Printed Name: Christine Blouin Thompson

Address: 9 Advent Drive, West Springfield, MA 01089

Telephone Number: 413-739-7557

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:
Richard P. Thompson and
Christine B. Thompson,
Debtors

Chapter 13
Case No. 13-31316

**CERTIFICATE OF SERVICE**

I, Kenneth J. Gogel, Esquire, do hereby certify that on March 6, 2017 I electronically filed the foregoing Motion for Entry of Discharge, with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system. I served the foregoing document on the following CM/ECF participants:

Denise Pappalardo
Chapter 13 Trustee

Richard King
Office of the U.S. Trustee

I, Kenneth J. Gogel, Esquire, do hereby certify that on March 6, 2017, a copy of the Debtors Motion for Entry of Discharge was served upon the following creditors and parties in interest, by first class mail, postage pre-paid:

American Express
PO Box 3001
16 General Warren Blvd.
Malvern, PA 19355

Bank of America
PO Box 982235
El Paso, TX 79998

Berkshire Bank
31 Court Street
Westfield, MA 01086

Chase
PO Box 15298
Wilmington, DE 19850

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami, FL 33131

Kohls/ Capone
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Nationstar Mortgage
350 Highland Drive
Houston, TX 77067

TD Bank, N.A.
Attn: Bankruptcy
ME2-002-035
PO Box 9547
Portland, ME 04112

*/s/ Kenneth J. Gogel*
Kenneth J. Gogel
BBO#547968
Attorney for Debtors