**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:
Richard P. Thompson and
Christine B. Thompson,
Debtors

Chapter 13
Case No. 13-31316

**MOTION FOR ENTRY OF DISCHARGE**

The debtors hereby move the Court for entry of discharge. The required affidavits accompany this motion.

The Debtors
BY THEIR ATTORNEY,
GOGEL & GOGEL
/s/ Kenneth J. Gogel
Kenneth J. Gogel
BBO#547968
kgogel@gogel-gogel.com
2 Mattoon Street
Springfield, MA 01105
413-788-5683

03/24/2017 GRANTED. NO OBJECTIONS HAVE BEEN FILED.